1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  CHRISTINA M. McCALL (CASBN 234139)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, CA  94612
      Telephone: (510) 637-3717
7     Fax: (510) 637-3724
      E-mail: christina.mccall@usdoj.gov
8

9  Attorneys for Plaintiff

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                              OAKLAND BRANCH

14

| | | |
|---|---|---|
| 15 | UNITED STATES OF AMERICA, ) | No. CR 11-00905 SBA |
| 16 | Plaintiff, ) | |
| 17 | v. ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS |
| 18 | JORDAN MOORE and ) SYLVESTER MOORE, ) | HEARING TO AUGUST 16, 2013 |
| 19 | Defendants. ) | |
| 20 | ) | |

21

22      The above-captioned matter is set on July 15, 2013 before this Court for a status hearing.

23  The parties request that this Court vacate that date and set this matter for status on August 16,

24  2013 at 9:30 a.m and that the Court exclude time under the Speedy Trial Act between the date of

25  this stipulation and August 16, 2013.  The parties stipulate that the time is excludable from the

26  time limitations of the Speedy Trial Act because the interests of justice are served by granting a

27  continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

28

STIPULATION TO CONTINUE STATUS HEARING
CR 11-00905 SBA

1

Such continuance is required for both parties to continue finalizing a resolution while coordinating with other jurisdictions and both defense counsel need time to develop mitigation evidence for sentencing. This continuance will allow the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.

As such, the parties respectfully request that the time between the date of this stipulation and August 16, 2013 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

.

DATED: July 12, 2013          Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ Christina McCall*
CHRISTINA McCALL
Assistant United States Attorney

*/s/ Paul Demeester*
PAUL DEMEESTER
Attorney for Sylvester Moore

*/s/ Garrick S. Lew*
GARRICK S. LEW
Attorney for Jordan Moore

**ORDER**

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until August 16, 2013 at 9:30 a.m., and time is excluded until August 16, 2013.

**IT IS SO ORDERED.**

DATED: 7/12/13          KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION TO CONTINUE STATUS HEARING
CR 11-00905 SBA

2